UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLENN A. BAILEY | CIVIL ACTION |
| VERSUS | NO: 11-2976 |
| BOH BROS. CONSTRUCTION CO., LLC | SECTION: "A" (2) |

### ORDER AND REASONS

Before the Court is a **Motion for Partial Summary Judgment (Rec. Doc. 12)** filed by defendant, Boh Bros. Construction Co., LLC. Plaintiff, Glenn A. Bailey, did not file an opposition to the motion. The motion, scheduled for submission on June 6, 2012, is before the Court on the briefs without oral argument.

Counsel for Plaintiff has contacted the Court to advise that Plaintiff does not oppose the motion.

Accordingly;

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 12)** filed by defendant, Boh Bros. Construction Co., LLC is **GRANTED**. The claims of racial harassment and hostile work environment are dismissed with prejudice.

June 11, 2012

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE